# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL F. ALAMILLA AND COLLEEN KING**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**HAIN CELESTIAL GROUP, INC., ZSBPW, LLC AND BLUEPRINT WHOLESALE LLC**,<br><br>    Defendants. | Case No.: 13-cv-5595 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On February 11, 2014, Defendants Hain Celestial Group, BluePrint Wholesale, LLC, and ZSBPW, LLC filed their respective Motions to Dismiss (Dkt. Nos. 23, 26). Thereafter, Plaintiffs filed an amended complaint. (Dkt No. 31.)

In light thereof, the Motions to Dismiss are **DENIED** as moot. *See* Fed. Rule Civ. Proc. 15(a)(1)(B). The hearing set for April 1, 2014, is **VACATED**.

This Order terminates Docket Nos. 23 and 26.

**IT IS SO ORDERED.**

Date: March 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**