| | |
|---|---|
| **VENABLE LLP**<br>Angel A. Garganta (SBN 163957)<br>agarganta@venable.com<br>Kimberly I. Culp Cloyd (SBN 238839)<br>kculp@venable.com<br>Spear Tower, 40th Floor<br>One Market Plaza<br>1 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 653-3750<br>Facsimile: (415) 653-3755 | **JENNER & BLOCK LLP**<br>Kenneth K. Lee (Cal. Bar No. 264296)<br>klee@jenner.com<br>Kelly M. Morrison (Cal. Bar No. 255513)<br>kmorrison@jenner.com<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Phone: (213) 239-5100<br>Facsimile: (213) 239-5199 |
| **VENABLE LLP**<br>Jessie F. Beeber (admitted *pro hac vice*)<br>jbeeber@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 808-5677<br>Facsimile: (212) 307-5598 | **JENNER & BLOCK LLP**<br>Dean N. Panos (admitted *pro hac vice*)<br>dpanos@jenner.com<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Phone: (312) 222-9350<br>Facsimile: (312) 527-0484 |
| *Attorneys for Defendants ZSBPW LLC and BluePrint Wholesale LLC* | *Attorneys for Defendant Hain Celestial Group, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL F. ALAMILLA and COLLEEN KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., ZSBPW LLC, and BLUEPRINT WHOLESALE LLC,<br><br>Defendants. | CASE NO. CV 13-05595-VC<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION TO INCREASE THE PAGE LIMIT OF DEFENDANTS' REPLY BRIEFS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS<br><br>Judge: Vince Chhabria<br>Hearing Date: June 26, 2014<br>Time: 1:30 p.m.<br>Ctrm: 4 – 17th Floor<br><br>Action Filed: December 3, 2013<br>Trial Date: None set |

1  Having considered the Defendants' Joint Motion to Increase the Page Limit of
2  Defendants' Reply Briefs in Support of Defendants' Motions to Dismiss, the Court GRANTS the
3  Defendants' motion and orders that Defendants shall each be permitted to file a 15-page reply
4  memorandum of points and authorities in support of Defendants' motions to dismiss Plaintiffs'
5  First Amended Class Action Complaint.
6  IT IS SO ORDERED.

8  DATED: May 19, 2014

   _____
   The Honorable Vince Chhabria
   United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO INCREASE THE PAGE LIMIT OF DEFENDANTS' REPLY BRIEFS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 13-05595-VC