UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL F. ALAMILLA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-05595-VC<br><br>**ORDER** |

Plaintiffs Samuel Alamilla and Colleen King bring this putative class action against Defendants Hain Celestial Group, Inc., BluePrint Wholesale LLC, and ZSBPW LLC, seeking to represent both nationwide as well as California classes of consumers who purchased Defendants' juice products. In addition to state law claims, brought on behalf of the California classes, Plaintiffs seek to bring several common law claims on behalf of the nationwide classes. By no later than **June 13, 2014**, the parties are directed to file simultaneous briefs, not to exceed 5 pages, addressing (1) whether, and on what basis, a class action based on the common law of the fifty states may proceed and (2) at what stage of the litigation this issue should be addressed. In addition to the pending motions to dismiss, the parties should be prepared to discuss this issue at the June 26, 2014 hearing.

**IT IS SO ORDERED.**

Dated: May 29, 2014

_____
VINCE CHHABRIA
United States District Judge