UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL F. ALAMILLA, et al.,

    Plaintiffs,

v.

HAIN CELESTIAL GROUP, INC., et al.,

    Defendants.

Case No. 13-cv-05595-VC

**JUDGMENT**

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiffs.

**IT IS SO ORDERED.**

Dated: July 7, 2014

_____
VINCE CHHABRIA
United States District Judge